# Orange County.

## JOHN RICH
### vs.
## JOSEPH WAIT.

This was an action of covenant broken, brought on a covenant of warranty in a deed of bargain, and sale of a tract/of land in Maidstone.

On trial upon the general issue, no eviction appeared. The plaintiff still enjoys the land.

It was held by the Court, that an action will not lie on a covenant of warranty, until there has been an eviction, or some disturbance or hindrance in the enjoyment, which, in law, may be equivalent to an eviction.

*To support an action on a covenant of warranty there must have been an eviction, or some disturbance tantamount.*

Verdict for the defendant.